UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| WILLIAM M. WILSON,<br><br>    Plaintiff,<br>VS.<br><br>DR. FRANCES E. MCGINNIS, et al.,<br><br>    Defendants. | §<br>§<br>§<br>§   CIVIL ACTION NO. 2:13-CV-204<br>§<br>§<br>§<br>§ |

## ORDER OF RE-ASSIGNMENT

Consistent with the plaintiff's consent to proceed to trial before a magistrate judge (D.E. #8), the Court re-assigns this case to United States Magistrate Judge B. Janice Ellington for all further proceedings and entry of judgment in accordance with 28 U.S.C. §636(c). Any appeal will proceed directly to the United States Court of Appeals for the Fifth Circuit.

In the event defendants are joined and service of process is ordered, all defendants will be given an opportunity to consent to the jurisdiction of the magistrate judge. See Neals v. Norwood, 59 F.3d 530 (5th Cir. 1995). If all defendants do not consent, this order of re-assignment will be vacated, and the case will be returned to the docket of this judge for final disposition. Id.

ORDERED on 6th day of September, 2013.

_____
Nelva Gonzales Ramos
UNITED STATES DISTRICT JUDGE