UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WILLIAM M. WILSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:13-CV-204 |
| | § | |
| FRANCES E. MCGINNIS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF RE-ASSIGNMENT

Plaintiff is an inmate in the Texas Department of Criminal Justice Correctional Institutions Division, and is currently incarcerated at the McConnell Unit in Beeville, Texas. Proceeding pro se, he filed a prisoner civil rights complaint pursuant to 42 U.S.C. § 1983. (D.E. 1). Plaintiff consented to proceed before a magistrate judge in this action, (D.E. 8), and the case was assigned pursuant to Neals v. Norwood, 59 F. 3d 530 (5th Cir. 1995). (D.E. 10).

Defendants McGinnis and Whitt have filed an advisory with the Court indicating they do not consent to trial before the magistrate judge. (D.E. 52). Accordingly, the Order of Re-Assignment, (D.E. 10), is vacated. In accordance with the undersigned's standing order in prisoner cases, the magistrate judge will continue to manage the case and handle all pretrial matters consistent with 28 U.S.C. § 636.

ORDERED this 6th day of May, 2014.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE